In the Matter of the CITY OF NEW YORK, Acting on Behalf of the New York City Housing Authority, Appellant, Relative to Acquiring Title to Real Property Bounded by Seward Avenue and Other Streets in the Borough of The Bronx, Selected as a Site for SOUND VIEW HOUSES. A. F. & G. REALTY CORP. et al., Respondents.— Considering all the facts and circumstances in the record concerning the value of the property condemned, we are of the opinion that the award for Damage Parcels 1 and 2 should be reduced from $140,000 to $115,000; for Damage Parcel 4, from $96,000 to $85,000; for Damage Parcel 9, from $140,000 to $120,000; for Damage Parcel 11, from $117,200 to $107,500. As so modified, the decree is unanimously affirmed, without costs. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

ALLBRA REALTY CORP., Appellant, v. GIBRALTAR SECURITY CORPORATION et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

In the Matter of the Estate of HUGO ZIETZ, SR., Deceased. In the Matter of the Estate of HUGO ZIETZ, JR., Deceased. In the Matter of the Estate of HEDWIG ZIETZ, Deceased. WILLY ZIETZ, as Administrator with the Will Annexed of HUGO ZIETZ, SR., Deceased, as Administrator of the Estate of HUGO ZIETZ, JR., Deceased, and as Administrator of the Estate of HEDWIG ZIETZ, Deceased, Appellant; MADELEINE ZIETZ-HALMOS et al., Respondents.— No proof of professional misconduct of any attorney is made in this record. However, on the facts that are concededly undisputed, we think in the exercise of this court's discretion, the motion to substitute the attorneys respondents should not have been granted and the order of substitution should accordingly be reversed. With that disposition of the motion for substitution, any restraining order is unnecessary and academic. Settle order accordingly, without costs to either side. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.; Cohn, J., dissents and votes to affirm. [205 Misc. 20.]

ANNA BERMANN, Respondent, v. FRED S. BERMANN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *post*, p. 929.]